# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 APR 12 PM 3:01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. **05-20121 D An** |
| Plaintiff, ) | |
| ) | 21 U.S.C. § 846 |
| vs. ) | 18 U.S.C. § 2 |
| ) | |
| NICHOLAS QUOTEZ CRAWFORD, ) | |
| KENRIC JAVON HENNINGS, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning at a time unknown to the Grand Jury, but at least on or about August 26, 2004, in the Western District of Tennessee and elsewhere, the defendants,

-----------------------------------NICHOLAS QUOTEZ CRAWFORD---------------------------------
and
---------------------------------------KENRIC JAVON HENNINGS---------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.



## COUNT TWO

Beginning at a time unknown to the Grand Jury, but at least on or about August 26, 2004, in the Western District of Tennessee and elsewhere, the defendants,

----------------------------------NICHOLAS QUOTEZ CRAWFORD--------------------------------
and
----------------------------------KENRIC JAVON HENNINGS--------------------------------

each aided and abetted by the other, did unlawfully, knowingly and intentionally attempt to possess with the intent to distribute in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

DATED: 4-11-05

_____
UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT

No. _____ GJ # 1148 _____

WESTERN *District of* TENNESSEE

WESTERN *Division*

THE UNITED STATES OF AMERICA

vs.

**NICHOLAS QUOTEZ CRAWFORD**
and
**KENRIC JAVON HENNINGS**

## INDICTMENT

a true bill

_____
*Foreman*

Filed in open court this __12th__ day,
of __April__ A.D. __2005__

_Mendy M. Mauer_____
*Clerk*

Bail, $ _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20121 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT